IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DONALD A. PENROD,

      Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

      This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **August 10, 2009 at 8:00 a.m.**  It is

      ORDERED that all pretrial motions shall be filed by **July 1, 2009** and responses to these motions shall be filed by **July 8, 2009.**  It is further

      ORDERED that a Trial Preparation Conference is set for **August 3, 2009 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)     jury selection;

      2)     sequestration of witnesses;

      3)     timing of presentation of witnesses and evidence;

      4)     anticipated evidentiary issues;

5)  any stipulations as to fact or law; and

6)  any other issue affecting the duration or course of the trial.

DATED June 10, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge