IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD A. PENROD,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on defendant's Motion for Continuance [Docket No. 20]. On or before July 17, 2009, the defendant shall file a supplemental brief providing the following information: (a) whether, if the motion is granted, defendant can file all pretrial motions by August 7, 2009; (b) the number of pages of discovery produced to the defendant to date; and (c) whether defense counsel has conferred with the defendant regarding the request for a continuance of trial for up to two months and whether the defendant agrees to such request.

    DATED July 15, 2009.

                                                  BY THE COURT:

                                                 s/ Philip A. Brimmer
                                                 PHILIP A. BRIMMER
                                                 United States District Judge