**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

Criminal Action No. 1:09-cr-00238-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONALD A. PENROD,

        Defendant.

---

**MOTION FOR COMPETENCY DETERMINATION AND PSYCHIATRIC EXAMINATION OF DEFENDANT PURSUANT TO 18 U.S.C. § 4241, AND § 4242; EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

---

The United States, by and through the undersigned Special Assistant United States Attorney, pursuant to 18 U.S.C. §§ 4241 and 4242, moves this Court for an order to conduct psychological and psychiatric examinations to determine whether the defendant is competent to proceed to trial in this case.

Title 18 U.S.C. § 4241 details two distinct determinants of incompetency stating in part that a defendant may be deemed incompetent when, ". . . there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the

nature and consequences of the proceedings against him or to assist *properly* in his defense." (Emphasis added)

The United States further moves this Court to enter an order pursuant to 18 U.S.C.§ 4242 that there exists an issue as to the sanity of the defendant at the time of the alleged offense.

The basis for said motion is as follows:

1. The defendant has requested several motion to be filed that demonstrate he does not currently possess a rational understanding of the nature and consequences of the proceedings against him. The defendant has provided this Court with a variety of names ranging from the past United States Attorney General, Alberto Gonzales, to local governmental officials requesting subpoenas be issued for them claiming a vast "conspiracy" to violate his Constitutional Rights. The defendant has become fixated with this vast "conspiracy theory" leaving no room for a cogent discussion of the law and defenses available to him, which evinces an astute misunderstanding of the nature and consequences of the proceedings against and an inability to assist in his defense.

2. The defendant has requested the issuances of numerous subpoenas of state and federal officials pertaining to this "conspiracy theory" which raises the question of whether the defendant's subjective belief's or perceptions were and are affected by a mental disease. The defendant currently believes that various state and local judges and officials have conspired to have him unlawfully incarcerated. In addition, the defendant

has indicated that certain federal judges and officials have joined this conspiracy to have him unlawfully incarcerated.

    3. The defendant has mailed several letters to these various officials and judges that are incoherent and rambling statements which further suggest that the defendant is currently suffering from a mental disease or defect.

    Accordingly, the government argues that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to fully understand the nature and consequences of the proceedings against him and unable to assist properly in his defense. In addition, there is reasonable cause to believe that the defendant was suffering some mental disease or defect at the time the alleged offenses were committed.

    Therefore, the United States requests that this Court order that the defendant undergo psychological and psychiatric examinations at a federal medical facility to determine whether the defendant is currently suffering from a mental disease or defect prior to trial, as it will impact the trial, sentencing and any negotiated pleas and that the time required for the completion of said psychological and psychiatric examinations be excluded under the speedy trial act.

//

//

//

DATED this 10th day of September 2009.

        */s/ Carlos A. Esqueda*
        CARLOS A. ESQUEDA
        Special Assistant United States Attorney
        Assistant United States Attorney, District of Utah
        185 South State, Suite 300
        Salt Lake City, Utah 84111
        Telephone:    801-524-5682
        Fax:    801-325-3357
        E-mail:    carlos.esqueda@usdoj.gov
        Attorney for the United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing MOTION FOR COMPETENCY DETERMINATION AND PSYCHIATRIC EXAMINATION OF DEFENDANT, was sent via electronic filing this 10th day of September, 2009 to:

Richard N. Stuckey
1801 Broadway, Suite 1100
Denver, CO 80202

/s/ *Julie Watters*
Legal Assistant