IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  October 23, 2009 |
| Court Reporter: Gwen Daniel | Time: 1/03 |

_____

Case No. 09-cr-00238-PAB

| Parties | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Carlos Esqueda |
| Plaintiff, | |
| v. | |
| 1. DONALD A. PENROD, | Richard Stuckey |
| Defendant. | |

_____

MOTIONS HEARING
_____

01:35 p.m.    COURT IN SESSION

Appearances of Counsel

Defendant is present and in custody.

Court's comments

*Government's Motion for Competency Determination and Psychiatric Examination of Defendant (Doc No. 38)*

Discussion/Argument

Court's findings entered on the record.

1

**ORDERED:** Government's Motion for Competency Determination and Psychiatric Examination of Defendant (Doc No. 38) IS DENIED.

*Defendant's Motion for Order to Return Defendant's Property (Doc No. 27)*

Mr. Stuckey's comments

Further comments by Mr. Stuckey -  the defendant still has not been able to access legal materials that he had with him at the Sterling Correctional complex. His prior attorney, Mr. Ed Harris of the Public Defender's Office, made some efforts and fell into a Catch 22.  Sterling said they wouldn't release them without some sort of authority.

**ORDERED:** **Defendant's Motion for Order to Return Defendant's Property (Doc No. 27) IS GRANTED, limited to legal materials.**

**The United States Marshal's Service shall make arrangements to retrieve anything that may or is part of the defendant's legal materials at the expense of the United States**.

**ORDERED:** **Defendant's Motion to Allow Evidence of Defendant's Colorado 1991 Trial in Adams County (Doc No. 26) IS DENIED**.

**ORDERED:** **Defendant's Motion for Issuance of Subpoenas in Forma Pauperis (Doc No. 28) IS DENIED, except that defendant may subpoena for trial FBI Special Agent Ted Faul and Deputy U.S. Marshal Paul Johnson.**

**ORDERED:** **Defendant's Motion for Counsel Mr. Richard Stuckey to "Show Cause" Why He Should Not Be Held in Contempt of this Court (Doc No. 43) IS DENIED.**

**ORDERED:** **Defendant's Motion for Counsel Mr. Richard Stuckey  to "Show Cause" Why He Should Not Be Held in Contempt of This Court (Doc No. 41) IS DENIED.**

**ORDERED:** **Defendant's Motion for Hearing to Make a Prima-Facie Showing of Necessity Defense (Doc No. 42) IS DENIED.**

*Defendant's Second Motion to Continue Motions Filing Date (Doc No. 37)*

Discussion/Argument

This case is set for trial November 2, 2009.

The Speedy Trial Clock has been tolled based upon the second motion for continuance of dates for filing motions.

Court's comments

**ORDERED:   The November 2, 2009 trial date is VACATED.**

**ORDERED:   Mr. Stuckey shall file a motion for an ends of justice continuance one week after he receives the materials from Sterling Correctional facility.**

The Defendant's Second Motion to Continue Motions Filing Date (Doc No. 37) will be taken up at the same time as the motion for an ends of justice continuance.

Mr. Stuckey may file a motion for additional time to file the motion for an ends of justice continuance.

Mr. Esqueda's comments

Defendant's comments to the Court

Defendant is **REMANDED** to the custody of the U.S. Marshal.

02:38 p.m.    Court in Recess
              Hearing concluded