**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD A. PENROD,

    Defendant.

## ORDER

This matter is before the Court on the document filed by defendant on October 23, 2009 [Docket No. 49]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's pleading is improper. Therefore, it is

    ORDERED that Docket No. 49 is STRICKEN.

    DATED October 27, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge