# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Criminal Case No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD A. PENROD,

    Defendant.

## ORDER

    This matter is before the Court on the documents filed by defendant on October 26, 2009 [Docket Nos. 50, 51, 52, and 53]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's filings are improper. Therefore, it is

    ORDERED that Dockets Nos. 50, 51, 52, and 53 are STRICKEN.

    DATED October 29, 2009.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge