IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  09-cr-00238-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD A. PENROD,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Motion for Examination to Determine Mental Competency [Docket No. 63] and on defendant's Motion for Additional Time to File Ends of Justice Continuance Motion [67].  It is

    ORDERED that a hearing on defendant's Motion for Examination to Determine Mental Competency [Docket No. 63] is set for **December 18, 2009 at 10:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.  Defendant's presence is required.  It is further

    ORDERED that defendant's Motion for Additional Time to File Ends of Justice Continuance Motion [67] is GRANTED, with the due date for any such motion to be set at the hearing on December 18, 2009.

    DATED December 11, 2009.