IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  09-cr-00238-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD A. PENROD,

      Defendant.
_____

## MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

     It is ORDERED that the hearing on Defendant's Motion for Examination to Determine Mental Competency [Docket No. 63] is RESCHEDULED for **January 22, 2010 at 1:30 p.m**.

     DATED December 15, 2009.