IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  09-cr-00238-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD A. PENROD,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the hearing on Defendant's Motion for Examination to Determine Mental Competency [Docket No. 63] set for **January 22, 2010 at 1:30 p.m.** is VACATED and RESET for **January 20, 2010 at 1:30 p.m.**

    DATED January 6, 2010.