**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 20, 2010 |
| Court Reporter: Janet Coppock | Time: 59 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  09-CR-00238-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Carlos Esqueda |
| Plaintiff, | |
| vs. | |
| **DONALD A. PENROD,** | Richard Stuckey |
| Defendant. | |

**MOTIONS HEARING**

**1:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.  Also present is investigator Kelly Carpenter.

Mr. Stuckey indicates the although he has a motion to withdraw pending, he will represent the defendant for purposes of the motion for examination for determination of competency.

Defendant's Motion for Determination of Competency to Stand Trial (Doc #63), filed 12/9/09.

Page Two
09-CR-00238-PAB
January 20, 2010

Comments by Mr. Stuckey in support of defendant's motion.

Comments by Mr. Esqueda indicating he joins the defendant's motion.

Government's **exhibit 1** tendered to the Court.

Further comments by Mr. Stuckey.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Determination of Competency to Stand Trial (Doc #63), filed 12/9/09 is **GRANTED.**

**ORDERED:** Defendant shall be committed to the custody of the Attorney General for a period not to exceed **30 days** to be evaluated for competency. The Court further orders that the evaluation be conducted by a certified psychiatrist or psychologist to be determined by the Court and that the evaluation be conducted at FDC Englewood, CO.

**ORDERED:** Status conference set for **March 5, 2010 at 10:00 a.m.**

**Motion to Withdraw as Attorney by Richard Stuckey (Doc #81), filed 1/14/10.**

Comments by Mr. Stuckey indicating that the defendant has statement he would like to read to support the motion to withdraw.

Mr. Penrod reads his statement into the record.

Further comments by Mr. Stuckey.

Court states its findings and conclusions.

**ORDERED:** Motion to Withdraw as Attorney by Richard Stuckey (Doc #81), filed 1/14/10 is **GRANTED**. Counsel from the CJA panel shall be appointed.

**ORDERED:** Defendant's Motion to Continue Motions Filing Date (Doc #37), filed 9/4/09 is **MOOT.**

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:35 p.m.     COURT IN RECESS                    Hearing concluded**