**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge Philip A. Brimmer

Criminal Case No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DONALD A. PENROD,

     Defendant.

_____

**ORDER FOR PSYCHIATRIC EXAMINATION**
**OF THE DEFENDANT**
_____

On December 9, 2009, counsel for Mr. Penrod filed Defense Motion for

Examination to Determine Mental Competency [Docket No. 63] requesting that the

defendant be evaluated pursuant to 18 U.S.C. §§  4241 and 4247(b).

At a hearing on January 20, 2010, the Court found that there was reasonable

cause to believe that the defendant may presently be suffering from a mental disease

or defect rendering him mentally incompetent to the extent that he is unable to

understand the nature and consequences of the proceedings against him or to assist

properly in his defense.  *See* 18 U.S.C. § 4241(a).  Therefore, it is

ORDERED that Defense Motion for Examination to Determine Mental

Competency [Docket No. 63] is granted.  It is further

ORDERED that, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), defendant is

committed to the custody of the Attorney General for a reasonable time not to exceed

thirty days for psychiatric and/or psychological examination at FDC Englewood.  It is further

ORDERED that the examiner designated to conduct the psychiatric and/or psychological examination of the defendant shall prepare a report that includes the following pursuant to 18 U.S.C. § 4247(c):

1.  The defendant's history and present symptoms;

2.  A description of the psychiatric, psychological and medical tests that were employed and the results;

3.  The examiner's findings;

4.  The examiner's opinion as to diagnosis and prognosis;

5.  Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is further

ORDERED that the director of the facility where such examination is conducted shall file copies of the report with the Court and provide copies to counsel for the government and the defendant or on before February 26, 2010.  It is further

ORDERED that a status conference is set for **March 5, 2010 at 10:00 a.m.**

DATED January 21, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

2