IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD A. PENROD,

    Defendant.

## ORDER

This matter is before the Court on the document filed by defendant on May 24, 2010 [Docket No. 108]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's filing is improper. Therefore, it is

    ORDERED that Docket No. 108 is STRICKEN.

    DATED June 1, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge