IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00238-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DONALD A. PENROD,

 Defendant.

---

**ORDER**

---

 This matter is before the Court on the document filed by defendant on September 28, 2010 [Docket No. 116, filed under seal]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's filing is improper. Therefore, it is

 ORDERED that Docket No. 116 is STRICKEN.

 DATED September 29, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge
